UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PIAZZA REALTY PROPERTY MANAGEMENT INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> DALE MATTHEWS, et al., <br><br> Defendants. | CASE NO. C17-1866JLR <br><br> ORDER TO SHOW CAUSE REGARDING SUBJECT MATTER JURISDICTION |

The court recently received this case on removal from Skagit County Superior Court. (*See* Not. of Removal (Dkt. # 2).) Having reviewed Defendants Dale and Angela Matthews' (collectively, "the Matthews") notice of removal and motion for temporary restraining order (Mot. for TRO (Dkt. # 4)), the court finds that the Matthews have failed to provide an adequate basis for subject matter jurisdiction over this action. The court therefore ORDERS the Matthews within seven (7) days of the date of this order to show cause why the court should not remand this matter to state court. The court declines to

ORDER - 1

enter the temporary restraining order until it has made a determination on subject matter jurisdiction. Any Plaintiff may, but is not required to, respond to the court's order to show cause within the same timeframe. Any response to the court's order shall not exceed five (5) pages.

Dated this 19 day of December, 2017.

JAMES L. ROBART
United States District Judge