UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PIAZZA REALTY PROPERTY MANAGEMENT, INC., <br><br> Plaintiff, <br><br> v. <br><br> DALE MATTHEWS, et al., <br><br> Defendants. | CASE NO. C17-1866-JLR <br><br> ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS |

Because defendants do not appear to have funds available to afford the $400.00 filing fee, defendants financially qualify for *in forma pauperis* (IFP) status pursuant to 28 U.S.C. § 1915(a)(1). Therefore, defendants' IFP application (Dkt. 1) is GRANTED. However, the undersigned recommends review under 28 U.S.C. § 1915(e)(2)(B). The Clerk of the Court is directed to send a copy of this Order to defendants, to plaintiff, and to the assigned District Judge.

DATED this 20th day of December, 2017.

Mary Alice Theiler
United States Magistrate Judge

ORDER GRANTING APPLICATION TO
PROCEED IN FORMA PAUPERIS
PAGE - 1